Jordan D. Cunningham
Robert E. Chernicoff
Bruce J. Warshawsky
Johanna H. Rehkamp
Ralph M. Salvia

**CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.**
Attorneys at Law
P.O. Box 60457
Harrisburg, PA 17106-0457

Telephone: (717) 238-6570
Fax: (717) 238-4809

Hershey Telephone
(717) 534-2833

IRS No. 23-2274135

Street Address:
2320 North Second Street
Harrisburg, PA 17110

Sender's Email
rec@cclawpc.com

October 6, 2016

*VIA ELECTRONIC TRANSMITTAL*
Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

    **RE:**   **Randy C. Yablonski**
            **Case No. 13-5136**

Dear Clerk:

Please make note of the change of address for the above-referenced Debtor:

    **New Address:**     **607 Benton ST**
                          **Harrisburg PA 17104**

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 238-6570.

                Sincerely yours,

                CUNNINGHAM, CHERNICOFF
                & WARSHAWSKY, PC

                s/ Robert E. Chernicoff

                Robert E. Chernicoff

REC/jmb