```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05136-HWV
Randy C. Yablonski                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: PRadginsk         Page 1 of 1          Date Rcvd: May 15, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db              +Randy C. Yablonski,    607 Benton St,    Harrisburg, PA 17104-2720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Randy C. Yablonski jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor   LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Debtor 1 Randy C. Yablonski rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor   LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:13-bk-05136-HWV
    RANDY C. YABLONSKI :
Debtor : CHAPTER 13

ORDER

Upon consideration of the Motion to Convert Case to Chapter 7 filed by Randy C. Yablonski with respect to his Chapter 13 case, it is

**HEREBY ORDERED** that the Chapter 13 case of Randy C. Yablonski, Case No. 1:13-bk-05136, is converted to a case under Chapter 7.

Dated: May 15, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)