United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 13-05136-HWV
Randy C. Yablonski Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: PRadginsk Page 1 of 2 Date Rcvd: Jun 04, 2018
Form ID: 309A Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.

```
db         +Randy C. Yablonski,    607 Benton St,    Harrisburg, PA 17104-2720
aty        +Johanna Hill Rehkamp,    Cunningham, Chernicoff & Warshawsky, PC,    P.O. Box 60457,
             2320 N. Second Street,    Harrisburg, PA 17110-1008
aty        +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
tr         +Markian R Slobodian (Trustee),    801 North Second Street,    Harrisburg, PA 17102-3210
4426968    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
4412368    +ANTIO, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
4443818    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
4386877     BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE,    P.O. BOX 8875,    CAMP HILL, PA  17001-8875
4386879    +CBE GROUP,    PO Box 126,    WATERLOO, IA 50704-0126
4422669    +M&T BANK,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
4423162    +Phillips & Cohen Associates, LTD,    servicer for PCA Acquistion V, LLC,    1002 Justison Street,
             Wilmington DE 19801-5148
4386890    +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4386891    +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
             HARRISBURG, PA 17120-0001
4386892     UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    P.O. BOX 11754,
             HARRISBURG, PA  17108-1754
4386893     US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: rec@cclawpc.com Jun 04 2018 18:55:39      Robert E Chernicoff,
             Cunningham and Chernicoff PC,    2320 North Second Street,    Harrisburg, PA  17110
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 04 2018 18:55:46      United States Trustee,
             228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr         +EDI: RECOVERYCORP.COM Jun 04 2018 22:58:00      Recovery Management Systems Corporation,
             25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4389539    +EDI: CINGMIDLAND.COM Jun 04 2018 22:58:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
4386878    +EDI: CAPITALONE.COM Jun 04 2018 22:58:00      CAPITAL ONE,    P.O. BOX 30281,
             SALT LAKE CITY, UT 84130-0281
4386880    +EDI: CITICORP.COM Jun 04 2018 22:58:00      CITIBANK,    PO BOX 6497,
             SIOUX FALLS, SD 57117-6497
4386881    +EDI: CITICORP.COM Jun 04 2018 22:58:00      CITICARDS/CITIBANK,    P.O. BOX 6241,
             SIOUX FALLS, SD 57117-6241
4386882     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2018 18:55:44      DEPARTMENT OF REVENUE,
             BANKRUPTCY DIVISION,    DEPARTMENT 280946,    HARRISBURG, PA  17128-0496
4386883    +EDI: CITICORP.COM Jun 04 2018 22:58:00      HOME DEPOT/CITIBANK,    P.O. BOX 6497,
             SIOUX FALLS, SD 57117-6497
4386884     EDI: IRS.COM Jun 04 2018 22:58:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
             PHILADELPHIA, PA  19101-7346
4442530     EDI: RESURGENT.COM Jun 04 2018 22:58:00      LVNV Funding, LLC its successors and assigns as,
             assignee of NCOP Capital II, LLC,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
4386886     E-mail/Text: camanagement@mtb.com Jun 04 2018 18:55:42      M&T BANK,    213 MARKET STREET,
             HARRISBURG, PA  17105
4386887    +E-mail/Text: Bankruptcies@nragroup.com Jun 04 2018 18:55:58      NATIONAL RECOVERY AGENCY,
             2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4386888     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2018 18:55:44      PA DEPARTMENT OF REVENUE,
             DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA  17128-0946
4386889     E-mail/Text: bankruptcynotices@psecu.com Jun 04 2018 18:55:53      PSECU,    PO BOX 67013,
             HARRISBURG, PA  17106-7013
4394312     EDI: Q3G.COM Jun 04 2018 22:58:00      Quantum3 Group LLC as agent for,
             Galaxy Asset Purchasing LLC,    PO Box 788,    Kirkland, WA  98083-0788
4393156     EDI: RECOVERYCORP.COM Jun 04 2018 22:58:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              RSR Realtors, LLC
4645204        LSF9 Master Participation Trust,    13801 Wireless Way Oklahoma City OK 7313
4645205        LSF9 Master Participation Trust,    13801 Wireless Way Oklahoma City OK 7313,
                 LSF9 Master Participation Trust,    13801 Wireless Way Oklahoma City OK 7313
```

```
4386885*       INTERNAL REVENUE SERVICE,    P.O. BOX 7346,    PHILADELPHIA, PA  19101-7346
                                                                                    TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:

```
         Johanna Hill Rehkamp    on behalf of Debtor 1 Randy C. Yablonski jhr@cclawpc.com,
          jlaughman@cclawpc.com;jbartley@cclawpc.com
         Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Markian R Slobodian (Trustee)    PA49@ecfcbis.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Robert E Chernicoff    on behalf of Debtor 1 Randy C. Yablonski rec@cclawpc.com,
          jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
         Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Randy C. Yablonski | Social Security number or ITIN | xxx–xx–4333 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | October 3, 2013 |
| Case number: | 1:13–bk–05136–HWV | Date case converted to chapter 7 | May 15, 2018 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Randy C. Yablonski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 607 Benton St<br>Harrisburg, PA 17104 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert E Chernicoff<br>Cunningham and Chernicoff PC<br>2320 North Second Street<br>Harrisburg, PA 17110 | Contact phone 717 238–6570<br><br>Email: rec@cclawpc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Markian R Slobodian (Trustee)<br>801 North Second Street<br>Harrisburg, PA 17102 | Contact phone 717 232–5180<br><br>Email: PA49@ecfcbis.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: June 4, 2018 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 13, 2018 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: September 11, 2018** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 1:13-bk-05136-HWV    Doc 113    Filed 06/06/18    Entered 06/07/18 00:43:23    Desc  
Imaged Certificate of Notice    Page 4 of 4